[No. 13787.  *En Banc.*  November 20, 1917.]

FRED J. WYNNE *et al., Respondents,* v. L. B. HARVEY *et al.,*
*Appellants.*[1]

Appeals from a judgment of the superior court for Stevens county, Frater, J., entered May 19, 1916, upon the verdict of a jury rendered in favor of the plaintiffs, in an action for malpractice. Reversed as to appellant Clark; affirmed as to appellant Harvey.

*L. C. Jesseph,* for appellant Harvey.
*Graves, Kizer & Graves,* for appellant Clark.
*Davis & Heil* and *L. B. Donley,* for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court still adhere to the decision filed herein, reported in 96 Wash. 379, 165 Pac. 67, and for reasons therein stated, the judgment is reversed and the cause dismissed as to appellant Clark and affirmed as to appellant Harvey.

———

[No. 13981.  *En Banc.*  December 15, 1917.]

THE STATE OF WASHINGTON, *on the Relation of Charles Griffith,*
*Plaintiff,* v. THE SUPERIOR COURT FOR CLARKE COUNTY, *R. H. Back,*
*Judge, et al., Respondents.*[2]

Application filed in the supreme court January 25, 1917, for a writ of certiorari to review an order of the superior court for Clarke county, Back, J., denying a motion for change of venue.  Granted.

*Edwin Rhodes,* for relator.
*Miller & Wilkinson,* for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court still adhere to the opinion heretofore filed herein as reported in 96 Wash. 41, 164 Pac. 516.  For the reasons therein stated, the respondent superior judge is directed to enter an order transferring the case of Alki Investment Company v. Charles Griffith to the superior court of Pacific county for further proceeding.

[1]Reported in 168 Pac. 896.
[2]Reported in 169 Pac. 317.